# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137575

GEORGE CHABIAA,
          Plaintiff-Appellant,

v

KAROULIN ALJORIS CHABIAA,
          Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137575
COA: 279419
Macomb CC: 2006-001962-DO

On order of the Court, the application for leave to appeal the September 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

p0316